In the Matter of Deatrick Marshall, Appellant, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted September 26, 2016; decided November 22, 2016

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

Patrick Quintavalle, Respondent, v Nestor Perez, III, et al., Appellants.

Submitted September 19, 2016; decided November 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.